UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PILOT, et al.,

     Plaintiffs,

v.                                 CASE NO. 8:22-cv-1278-SDM-TGW

LLOYD AUSTIN, et al.,

     Defendants.

_____/

**ORDER**

     This action is referred to mediation.  **Magistrate Judge Anthony E. Porcelli**, 801 North Florida Avenue, Tampa, Florida 33602, (813) 301-5540, is the mediator. The mediator must conduct the mediation in accord with this order and the Local Rules.  Compliance with this order is not satisfied by any other attempt by the parties to resolve this matter through mediation or by another mechanism for dispute resolution.  The parties must mediate in conformity with the schedule set by Judge Porcelli.

     ORDERED in Tampa, Florida, on November 9, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE