UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


PILOT, et al.,

        Plaintiff,

v.                                        Case No. 8:22-cv-1278-SDM-TGW

LLOYD J. AUSTIN, III, et al.,

        Defendants.

_____/


## ORDER SCHEDULING SETTLEMENT CONFERENCE

This matter has been referred to the undersigned to conduct a settlement conference. Accordingly, it is hereby

ORDERED:

1.    **Scheduling Settlement Conference:** The IN-PERSON settlement conference will commence on **December 14, 2022, at 10:00 a.m.**

2.    **General Rules Governing the Settlement Conference:** The following guidelines apply to the settlement conference process:

    a.    **Case Summaries:** By **December 12, 2022**, each party may e-mail (Chambers_FLMD_Porcelli@flmd.uscourts.gov) a <u>brief</u> written summary of the facts and issues, including damages, of the case. These summaries are confidential and will not be incorporated into the public record of this case.

b.    **Settlement Conference Procedures:** To begin the settlement conference, the undersigned will conduct an initial joint conference with the parties, and each party, if so desired, may make opening remarks about the case. The undersigned will then proceed to private caucuses with counsel and the individual parties. The undersigned will conduct as many joint conferences and private caucuses as deemed necessary in order to stimulate negotiations and keep order.

c.    **Identification of Corporate and/or Claims Representatives:** As part of the written case summaries, counsel for corporate parties and claims professionals shall state the name and general job description of the employee or agent of the corporation who will attend and participate on behalf of the corporate party.

d.    **Authority to Declare Impasse:** Although the average settlement conference usually takes between 3-5 hours, participants shall be prepared to spend as much time as necessary to settle the case, or until an impasse is declared.

DONE AND ORDERED in Tampa, Florida, on this 21st day of November 2022.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record