UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PILOT, United States Coast Guard, LIEUTENANT, United States Coast Guard, LCDR PILOT, United States Coast Guard, for themselves and all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 8:22-cv-1278-SDM-TGW |

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE
SETTLEMENT CONFERENCE**

  Plaintiffs, pursuant to Local Rule 3.01, and on an unopposed basis, move the Court to continue the December 14 Settlement Conference (Doc. 212) until the conclusion of the trial in *Colonel Financial Management Officer v. Austin*, No. 8:22-cv-1275 (M.D. Fla.), currently scheduled to begin on January 23, 2023. In support thereof, Plaintiffs show unto the Court as follows:

  1.  On November 9, 2022, the District Judge ordered the Parties to mediation. (Doc. 211.)

  2.  On November 21, the Court scheduled an in-person settlement conference for December 14, 2022, beginning at 10:00 a.m. (Doc. 212.)

  3.  Counsel for Plaintiffs, as well as some Counsel of Record for Defendants in the instant action, are currently participating in expedited discovery with multiple

1

depositions taking place each week (sometimes multiple depositions per day) in the related class action for United States Marines, *Colonel Financial Management Officer v. Austin*, M.D. Fla. No. 8:22-cv-1275-SDM-TGW. In that action, the parties are required to complete discovery by December 16, 2022, two days after the currently scheduled settlement conference in this case.

4. Despite their best efforts and desire to participate in the ordered December 14 settlement conference, undersigned counsel have immovable obligations that preclude their participation. On the same day, December 14, counsel for Plaintiffs must travel to Atlanta, Georgia for oral argument at the United States Court of Appeals for the Eleventh Circuit in the related appeal in *Navy Seal 1 v. Secretary of the United States Department of Defense*, 11th Cir. No. 22-10645-DD. In addition, counsel for Plaintiffs are also required to travel to Raleigh, North Carolina to take the deposition of a Lieutenant General in the United States Marine Corps for the upcoming trial in *Colonel Financial Management Officer v. Austin*, and to Dallas, Texas to defend the deposition of one of Plaintiffs' expert witnesses in the same case. Counsel for Plaintiffs are also in the middle of finalizing all expert and fact discovery in the Marine Corps action and attending to the other daily tasks of completing discovery on an expedited basis for the trial in January 2023.

5. The instant motion is not brought for purposes of undue delay, and no party will be prejudiced by the relief requested herein.

6. Further, pursuant to Local Rule 4.03, the Court's mediation order requires Plaintiffs' lead counsel and "the parties or a party's surrogate satisfactory to

2

the mediator" to attend the settlement conference. Given the number and diverse locations of named Plaintiffs, and their status as putative representatives of an as-yet uncertified class, any benefit of requiring their in-person attendance does not outweigh the impracticability. Plaintiffs, therefore, respectfully request that the Court, as Mediator, allow Plaintiffs' counsel to appear at the continued settlement conference as Plaintiffs' surrogates, with named Plaintiffs standing by remotely throughout the conference for any necessary communication with counsel or the Mediator.

7. Accordingly, for good cause shown, Plaintiffs respectfully request that the Court enter an order continuing the December 14 settlement conference to a date after the conclusion of the trial in *Colonel Financial Management Officer v. Austin*, and no sooner than February 1, 2023, and excusing named Plaintiffs from in-person attendance.

### Local Rule 3.01(g) Certification

Prior to filing this motion, Plaintiffs' undersigned counsel conferred with Defendants' counsel, and is authorized to represent to the Court that Defendants do not oppose the relief requested herein. The motion is, therefore, **unopposed**.

<u>/s/ Daniel J. Schmid</u>
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially
***Attorneys for Plaintiffs***
