UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PILOT, et al.

    Plaintiffs,

v.                                                              CASE NO. 8:22-cv-1278-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

## **ORDER**

    Noting that the Coast Guard's recission of the COVID-19 vaccination mandate might moot "some, most, or all" of this action for same reasons stated in the parallel Navy action, *Navy Seal 1, et al. v. Austin, et al.*, Case No. 8:21-cv-2429-SDM-TGW, and Marine Corps action, *Colonel Financial Management Officer, et al. v. Austin, et al.*, Case No. 8:22-cv-1275-SDM-TGW, a May 17, 2023 order (Doc. 218) directs the plaintiffs to explain why an order should not dismiss this action as moot for the same reasons stated in the parallel actions. In accord with that order, the plaintiffs respond (Doc. 221) and preserve their general objections to mootness but concede "that — for the reasons already articulated . . . in *Navy Seal 1* and *Colonel Financial*

*Management Officer* — th[is] action is likewise moot." Accordingly, the action is **DISMISSED AS MOOT**. The clerk must close the case.

ORDERED in Tampa, Florida, on June 15, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE